# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:18CR514 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| MIGUEL L. WHEELER, | ) | |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

This matter is before the Court upon Magistrate Judge George J. Limbert's report and recommendation that the Court ACCEPT Defendant Miguel L. Wheeler's ("Defendant") plea of guilty and enter a finding of guilty against defendant. (Doc. No. 26.)

On August 29, 2018, the government filed an indictment against defendant. (Doc. No. 12.) On December 21, 2018, this Court issued an order assigning this case to Magistrate Judge Limbert for the purpose of receiving defendant's guilty plea. (Doc. No. 24.)

On January 9, 2019, a hearing was held in which defendant entered a plea of guilty to count 1 of the indictment, charging him with Sexual Exploitation of Children, in violation of 18 U.S.C. Section 2251(a), and count 2 of the indictment, charging him with Possession of Child Pornography, in violation of 18 U.S.C. Section 2252A(a)(5)(B). Magistrate Judge Limbert received defendant's guilty plea and issued a Report and Recommendation ("R&R") recommending that this Court accept the plea and enter a

finding of guilty. (Doc. No. 24.)

Neither party objected to the Magistrate Judge's R&R in the fourteen days after it was issued.

Upon *de novo* review of the record, the Magistrate Judge's R&R is ADOPTED. Specifically, the Court finds as follows: that the defendant is competent to enter a plea, that he understands his constitutional rights, that he is aware of the consequences of entering a plea, and that there is an adequate factual basis for the plea. The Court further finds that the plea was entered knowingly, intelligently, and voluntarily. Accordingly, the defendant's plea of guilty is APPROVED.

Therefore, the defendant is adjudged guilty of count 1 in violation of 18 U.S.C. Section 2251(a), and count 2 in violation of 18 U.S.C. Section 2252A(a)(5)(B). The sentencing will be held on April 25, 2019 at 10:00 a.m.

**IT IS SO ORDERED**.

Dated: January 30, 2019

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**